IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONTE C. GARY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV7 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| TYSON FOODS, INC., and BOB NIELSEN, | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 2, 2017, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 7.) The court cautioned Plaintiff that failure to update his address within 20 days would result in dismissal of his claims against Defendants without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 3rd day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge